```
                                            FILED
                                       2007 JUN 26  AM 9:42
                                       CLERK US DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                     BY_____ LO ___DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE FLOWER CORNER; CARLOS' FLORAL, INC. d.b.a. THE FLOWER CORNER; BYROM FAMILY TRUST  (03-24-03); And DOES 1 THROUGH 10, Inclusive<br><br>            Defendants. | Case No.: 06cv1916 JM (JMA)<br><br>[~~PROPOSED~~] ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL <u>WITHOUT</u> PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, through their respective attorneys of record that ALL Defendants are

                                            1       Case Number: 06cv1916 JM (JMA)

Document Date: June 19, 2007

dismissed **without** prejudice from Plaintiffs' Complaint, Case Number: 06cv1916 JM (JMA). Additionally, Plaintiffs' Complaint is dismissed **without** prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 6/25/07

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE

Document Date: June 19, 2007